IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

**UNITED STATES OF AMERICA**

**VS**                                           CR NO. <u>5:15-cr-11-JMC</u>

**CHARLES H WILLIAMS**

# PLEA

The defendant, **CHARLES H WILLIAMS**, having withdrawn his plea of Not Guilty entered 1/20/2016, pleads **GUILTY** to Count(s) __1-7__ of the **Information** after arraignment in open court.

_____
(Signed) Defendant

Columbia, South Carolina
September 25, 2017